■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO RIOS, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on June 22, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Concur—Sullivan, J. P., Ross, Carro, Milonas and Wallach, JJ.